CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE. VA
FILED

JAN 27 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| JERMAINE LORENZO PICKETT, | ) | CASE NO. 7:16CV00024 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| DIRECTOR, VADOC, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this action, filed as a petition for a writ of habeas corpus under 28 U.S.C. § 2254, is

**DISMISSED** without prejudice as successive, and this action is stricken from the active docket

of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a

constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is

**DENIED**.

**ENTER**: This 27th day of January, 2016.

_____
Chief United States District Judge